Jonathan Pearce, Cal. Bar No. 245,776
jpearce@socalip.com
Brian Tamsut, Cal. Bar No. 322,780
btamsut@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350

Attorneys for Plaintiff Cheef Holdings

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Cheef Holdings, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>VAAD Holdings LLC, a Florida Limited Liability Company, and Does 1-10,<br><br>    Defendants. | Case No. 2:22-cv-2377<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

    Pursuant to a confidential settlement agreement, Plaintiff Cheef Holdings hereby dismisses this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| September 22, 2022 | /s/ Jonathan Pearce<br>Jonathan Pearce<br>SOCAL IP LAW GROUP LLP<br><br>Attorney for Plaintiff Cheef Holdings |